

1  Jill Anderson, *Pro Se*
2  3300 East Stella Lane
3  Paradise Valley, Arizona 85253
   Telephone: (602) 616-7117
4
5
6
                IN THE UNITED STATES DISTRICT COURT
7
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
9
10                                    | Case No. 2:18-cv-08555-RGK-PJW
11  UNITED STATES OF AMERICA,
                                      | **JILL ANDERSON'S VERIFIED**
12       Plaintiff,                   | **CLAIM AND STATEMENT OF**
                                      | **INTEREST IN CERTAIN**
13                                    | **DEFENDANT PROPERTY**
    v.
14
15  REAL PROPERTY LOCATED IN
    MARICOPA COUNTY, ARIZONA,         | Assigned to Hon. R. Gary. Klausner
16                                    | Courtroom 850
17       Defendant.
18
19
20       This Verified Claim is being filed at this time in accordance with this
21  Court's May 10, 2019 order.  (Doc. 25.)  This case is stayed pursuant to this
22  Court's October 23, 2018 stay order (Doc. 11), and April 30, 2019 order (Doc. 18).
23  This Court's issuance of the same stay order in a related case in this District, C.D.
24  Cal. Docket No. 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit
25  appeal (Ninth Circuit Docket No. 18-56455).  Given the pending appeal of the stay
26  order in that case and the active stay of this case, Claimant Jill Anderson
27
28
                                      1

─────────────────────────────────────────────────

("Claimant") respectfully requests that this Verified Claim be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 25), Claimant submits this Verified Claim asserting an interest in seized property.

On October 11, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in this District by the United States of America seeking the forfeiture of the following:

(a)   Real Property Located in Maricopa County, Arizona, APN 164-05-122 ("Paradise Valley Property 2")

(*See* Doc. 2, *see also* attachment A to Doc. 2.)

Claimant hereby submits this Verified Claim asserting an ownership interest in Paradise Valley Property 2. Claimant is the spouse of Michael Lacey, who purchased Paradise Valley Property 2 and is the current titled owner of Paradise Valley Property 2, and therefore owns the entirety of Paradise Valley Property 2. Claimant has a legally recognizable interest in the entirety of Paradise Valley Property 2. As such, Claimant has a superior right, title, and interest in Paradise Valley Property 2 over any and all interests asserted by the government in Paradise Valley Property 2.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimant hereby claims an interest in Paradise Valley Property 2 and asserts a superior right, title, and interest in Paradise Valley Property 2.   I, Jill Anderson,

2

pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED: May 24, 2019.

_____

Jill Anderson, Pro Se
Claimant

3

JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California in person.

I hereby certify that on May 24, 2019, a copy of the foregoing was also mailed delivered to:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:       May 24, 2019.

_____
Jill Anderson, Pro Se

---

JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

Jill Anderson, *Pro Se*
3300 East Stella Lane
Paradise Valley, Arizona 85253
Telephone: (602) 616-7117

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN<br>MARICOPA COUNTY, ARIZONA,<br><br>     Defendant. | Case No. 2:18-cv-08555-RGK-PJW<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br><br>Assigned to Hon. R. Gary. Klausner<br>Courtroom 850 |

TO THE COURT AND ALL PARTIES OF RECORD:

Jill Anderson, pro se, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection / Interest |
|---|---|
| Michael Lacey | Claimant |
| Jill K. Anderson | Claimant |
| Roarke Lacey | Potential Claimant |
| Colin Lacey | Potential Claimant |

1

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

RESPECTFULLY SUBMITTED: May 24, 2019

Jill Anderson, Pro Se
Claimant

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California in person.

I hereby certify that on May 24, 2019, a copy of the foregoing was also mailed delivered to:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012


Dated:      May 24, 2019.

_____
Jill Anderson, Pro Se

3

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES